IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE,  
        Plaintiff,  

-vs-  

VARSITY BRANDS, LLC, et al.,  
        Defendants.

Case No. 1:22-cv-02139-PAB

JUDGE PAMELA A. BARKER

**ORDER TO SHOW CAUSE**

Defendants Brandon Hale, Taji Davis, and ShowPro Choreography were served with copies of the Complaint on March 22, 2023 by ordinary mail. (Doc. No. 71.) A review of the docket demonstrates that no answer on behalf of Defendants Brandon Hale, Taji Davis, and ShowPro Choreography have been filed. Accordingly, within fourteen (14) days of the date of this Order, Plaintiff shall submit an appropriate application for entry of default and an affidavit in support thereof, or show cause why said Defendants should not be dismissed for want of prosecution.

    **IT IS SO ORDERED.**

Dated: May 16, 2023

    *s/ Pamela A. Barker*  
    PAMELA A. BARKER  
    UNITED STATES DISTRICT JUDGE