IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE 1,   Case No. 1:22-CV-02139

    Plaintiff,

    -vs-   JUDGE PAMELA A. BARKER

VARSITY BRANDS, LLC, et al.,   JUDGMENT ENTRY

    Defendants.

For the reasons stated in the Memorandum Opinions filed contemporaneously herewith, Defendants Varsity Spirit, LLC's, Varsity Brands, LLC's and Varsity Brands Holding Company's, USA Federation for Sport Cheering's, U.S. All Star Federation's, and Taji Davis's Motions to Dismiss (Doc. Nos. 47, 48, 51, 58, and 98) are GRANTED as to Counts 1 and 2 and DENIED as to Doe's remaining state-law claims.  The Court declines to exercise supplemental jurisdiction over Doe's remaining state-law claims asserted against Varsity Spirit, Varsity Brands, Varsity Holding, USA Cheer, USASF, and Taji Davis, and those state-law claims are DISMISSED.

Additionally, for the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, the Court sets aside the entry of default (Doc. No. 97) as to Defendants Brandon Hale and ShowPro Choreography.  For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, the Court DISMISSES Counts 1 and 2 against Hale and ShowPro Choreography.  The Court further declines to exercise supplemental jurisdiction over Doe's remaining state-law claims against Brandon Hale and ShowPro Choreography, and those state-law claims are DISMISSED.

Additionally, for the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, Defendants Charlesbank Capital Partners, LP's, Bain Capital LP's, and Jeff Webb's Motions to Dismiss (Doc. Nos. 53, 54, and 56) are GRANTED.

The case is hereby TERMINATED.

**IT IS SO ORDERED.**

Date: August 2, 2023

  s/Pamela A. Barker
PAMELA A. BARKER
U.S. DISTRICT JUDGE