IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE 1, | Case No. 1:22-CV-02139 |
| **Plaintiff,** | |
| -vs- | JUDGE PAMELA A. BARKER |
| VARSITY BRANDS, LLC, *et al.*, | ORDER TO SHOW CAUSE |
| **Defendants.** | |

This action was filed on November 28, 2022.  (Doc. No. 1.)  On May 30, 2023, Plaintiff filed an Application to the Clerk for an Entry of Default against Defendant Brandon Hale.  (Doc. No. 96.)  On May 31, 2023, a Default against Hale was entered by the Clerk.  (Doc. No. 97.)

In its Judgment Entry and Memorandum Opinion and Order issued on August 2, 2023, the Court set aside the entry of default against Defendant Hale.  (Doc. Nos. 111, 112.)  On January 24, 2024, the Court vacated that part of its Judgment Entry and Memorandum Opinion and Order setting aside the entry of default against Defendant Hale and reinstated the entry of default against him.  (Doc. No. 122.)  The docket reflects that, as of the date of this Order, Plaintiff has not filed a Motion for Default Judgment against Defendant Hale.

If Plaintiff desires to file a Motion for Default Judgment, he must do so within thirty (30) days of the date of this Order or show cause why Defendant Hale should not be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  February 26, 2024             *s/Pamela A. Barker*
                                      PAMELA A. BARKER
                                      UNITED STATES DISTRICT JUDGE