**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND**

| | |
|---|---|
| John Doe 1, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-02139-PAB |
| ) | |
| Varsity Brands, LLC; Varsity Spirit, LLC; ) | JUDGE PAMELA A. BARKER |
| Varsity Brands Holding Company, Inc.; U.S. ) | |
| All Star Federation, Inc. d/b/a U.S. All Star ) | |
| Federation; USA Federation of Sport Cheering ) | |
| d/b/a USA Cheer; Charlesbank Capital ) | |
| Partners, LP; Bain Capital, LP; Jeff Webb, ) | |
| individually; Taji Davis; Brandon Hale; and ) | |
| ShowPro Choreography, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

Plaintiff John Doe gives notice of dismissal of this action, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Abigail F. Chin
Charles H. Cooper, Jr.     (0037295)
Rex H. Elliott             (0054054)
Abigail F. Chin            (0097928)
COOPER ELLIOTT
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (Facsimile)
chipc@cooperelliott.com
rexe@cooperelliott.com
abbyc@cooperelliott.com

Bakari T. Sellers, SC Fed. ID No. 11099*
Joseph Preston Strom, SC Fed. ID No. 4354*
Mario A. Pacella, SC Fed. ID No. 7538*
Amy E. Willbanks, SC Fed. ID No. 13537*
Jessica L. Fickling, SC Fed. ID No. 11403*
Alexandra Benevento, SC Fed. ID No. 10734*
STROM LAW FIRM
6923 N. Trenholm Road, Suite 200
Columbia, South Carolina 29206
(803) 252-4800
(803) 252-4801 (Facsimile)
bsellers@stromlaw.com
petestrom@stromlaw.com
mpacella@stromlaw.com
awillbanks@stromlaw.com
jfickling@stromlaw.com
abenevento@stromlaw.com

*Admitted Pro Hac Vice*

Counsel for Plaintiff

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing Notice of Dismissal was filed electronically and served electronically on the following counsel of record, this 6th day of December, 2024:

>Michael T. Conway, Esq.
>Michael T. Conway and Company
>3456 Sandlewood Drive
>Brunswick, Ohio 44212
>Xray2Alpha@aol.com
>
>Attorney for Defendant
>Taji Davis

                              /s/ Abigail F. Chin