**IT IS SO ORDERED.**

 s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT CLEVELAND**

| | | |
|---|---|---|
| John Doe 1, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:22-cv-02139-PAB |
| | ) | |
| Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Brands Holding Company, Inc.; U.S. All Star Federation, Inc. d/b/a U.S. All Star Federation; USA Federation of Sport Cheering d/b/a USA Cheer; Charlesbank Capital Partners, LP; Bain Capital, LP; Jeff Webb, individually; Taji Davis; Brandon Hale; and ShowPro Choreography, | ) ) ) ) ) ) ) ) | JUDGE PAMELA A. BARKER |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff John Doe gives notice of dismissal of this action, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Abigail F. Chin
Charles H. Cooper, Jr.     (0037295)
Rex H. Elliott             (0054054)
Abigail F. Chin            (0097928)
COOPER ELLIOTT
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (Facsimile)
chipc@cooperelliott.com
rexe@cooperelliott.com
abbyc@cooperelliott.com